IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                          CASE NO: 09-41157
                                                                CHAPTER 7
   COFFMAN, DEREK G.
    COFFMAN, KIMBERLY

       Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 008 | Sands of Carrabelle HOA<br>P.O. Box 14967<br>Tallahassee, Florida 32317 | $720.00 |

The check mailed at the above address on January 4, 2011 and has been returned by the Post Office "not deliverable as addressed - unable to forward".

Dated this 18th day of January, 2011.

                                            /s/ Sherry F. Chancellor
                                            Sherry F. Chancellor, Trustee
                                            619 West Chase Street
                                            Pensacola, Florida 32502
                                            (850) 436-8445
                                            Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Sands of Carrabelle HOA, P.O. Box 14967, Tallahassee, Florida 32317 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 18th day of January, 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee