IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:   CASE NO: 09-41157
         CHAPTER 7

   COFFMAN, DEREK GREGG, SR.
    COFFMAN, KIMBERLY

       Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 1I/7 | Navy Federal Credit Union<br>820 Follin Lane SE<br>Vienna, VA 22180 | $16.74/$462.00 |

The check mailed at the above address on January 4, 2011 and has been returned by the creditor - paid in full.

Dated this 2nd day of March, 2011.

                                          /s/ Sherry F. Chancellor
                                          Sherry F. Chancellor, Trustee
                                          619 West Chase Street
                                          Pensacola, Florida 32502
                                          (850) 436-8445
                                          Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida  32301  on the 2nd$^{st}$   day of March, 2011.

                                                                         /s/ Sherry F. Chancellor
                                                                Sherry F. Chancellor, Trustee